UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-2106-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WHITNEY O. BROOKS | APPLICATION FOR<br>WRIT OF HABEAS CORPUS |

The undersigned counsel for defendant Whitney O. Brooks hereby moves this Court for a Writ of Habeas Corpus Ad Prosequendum to secure the attendance of:

1. Name of detainee: Whitney Octavia Brooks
   DOB: 12/10/92
   NC DOC Offender #:

2. Detained by: Cumberland County Sheriff
   Cumberland County Detention Center
   204 Gillespie St.
   Fayetteville, NC 28301
   Phone: 910/672-5630
   Fax: 910/672-5737

3. Currently in Custody of: State of North Carolina.

4. Detainee is charged with a misdemeanor in this district.

5. The undersigned has a good faith basis that the writ is necessary to secure the defendant for an initial appearance and arraignment hearing in the above case.

6. Appearance is necessary on August 3, 2016 at 8:00 a.m. in the United States District Court, 301 Green St., 3rd Floor, Fayetteville, NC, 28302 for the purpose of an initial appearance and arraignment hearing in the above-captioned proceedings.

WHEREFORE, undersigned counsel for the defendant requests an order directing the issuance of a writ of habeas corpus ad prosequendum out of and under the seal of this Court, directed to the warden or supervisor responsible for the custody of Whitney O. Brooks and commanding the United States Marshal for the Eastern District of North Carolina to take detainee Whitney O. Brooks into his custody, produce her in civilian clothes at the United States Courthouse, 301 Green Street, 3rd Floor, Fayetteville, North Carolina, at 8:00 a.m. on Wednesday, August 3, 2016, and return her to the above-named custodian at the conclusion of the proceedings.

Respectfully submitted, this the 8th day of July, 2016.

THOMAS P. McNAMARA
Federal Public Defender

/s/ Ormond D. Harriott
ORMOND D. HARRIOTT
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Ormond_Harriott@fd.org
N.C. State Bar No. 20281
LR 57.1 Counsel Appointed

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States, Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: July 8, 2016

Robert T. Numbers, II
United States Magistrate Judge